**RECEIVED**

MAY 1 6 2017

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

17 cv 1630 DSD/LIB

1   DANNEZ HUNTER
2   1275 Lincoln Ave.
    Ste #1
3   St. Paul, MN 55105
    *In Propria Persona*
4
    **UNITED STATES DISTRICT COURT**
5   **DISTRICT COURT OF MINNESOTA**

| | |
|---|---|
| 6   DANNEZ W. HUNTER, Individual | CASE NO.: _____ |
| 7   Direct Heir, from the ESTATE OF | 1) 18 U.S.C. § 2340(2) – GENOCIDE |
| 8   ANNA SHORT HARRINGTON, | |
| 9   and OLIVIA HUNTER, a/k/a | 2) Dependent Adult Identity Theft – Minn. Statute 609.527 Subd. 2, 4(a)(b)(c), 5, 5a |
| 10   ("AUNT JEMIMA") | |
| 11       Plaintiff, | 3) Minnesota Constitution, Art. I, Section 13 and Article 13, Section 4 – Taking Clause |
| 12   v. | |
| 13   JOHN D.J. ROCKEFELLER IV, | 4) 1970 Illinois Constitution, Art. II, Sect. I – Delegation of Govt. Power to "Private Group" |
| 14   THE TRILATERAL COMMISSION | |
| 15   NOR, INDRA K. NOOYI, | 5) Minn. Stat. §626.557, Subd. 4, 5, 6, 7, 8, 17, 20 - Financial Exploitation Vulnerable Adult |
| 16   SHARON P. ROCKEFELLER, | |
| 17   BARACK HUSSEIN OBAMA, | 6) 1787 N.Y. Bill of Rights, 5th Amendment |
| 18   Former President of the UNITED | |
| 19   STATES OF AMERICA, | 7) 18 U.S.C. § 201(b)(1) - Bribery of Public Officials / Judges |
| 20   DNC SERVICES CORPORATION, | |
| 21   d/b/a DEMOCRATIC NATIONAL | 8) 18 U.S.C. § 2333 |
| 22   COMMITTEE, HILLARY R. | 9) Separation of Powers Restoration Act Sect. 6(3) |
| 23   CLINTON, a Former Secretary of | |
| 24   State, ERIC H. HOLDER JR., | 10) 18 U.S.C. § 1961(5) – RICO |
| 25   Former United States Attorney | 11) 18 U.S.C. § 1962(d) – RICO |
| 26   General; TONY WEST, Former | 12) 18 U.S.C. § 1964(c) - RICO |
| 27   Assistant Attorney General, | 13) 1866 Civil Rights Act, - 42 U.S.C. § 1981 |
| 28   PEPSICO INC., a corporation, THE | |
| QUAKER OATS COMPANY, a | 14) 18 U.S.C. § 401(3) Mitigating |

S C A N N E D

MAY 1 7 2017

U.S. DISTRICT COURT ST PAUL

corporation, LUIS PRADO, PINNACLE FOODS GROUP, a corporation, SHONA L. BROWN, GEORGE W. BUCKLEY, CESAR CONDE, DINA DUBLON, RONA A. FAIRHEAD, DAVID C. PAGE, ROBERT C. POHLAD, DANIEL VASELLA, DARREN WALKER, ALBERTO WEISSER, JIM ANDREW, UMRAN BEBA, JODY DAVIDS, IAN M. COOK, CYNTHIA M. TRUDELL, HUGH F. JOHNSTON, WILLIAM J. CLINTON, a Natural Person, and Former President of the United States, HILLARY & CHELSEA CLINTON FOUNDATION f/k//a WILLIAM J. CLINTON FOUNDATION, COVINGTON AND BURLING LLP, UNITED STATES FEDERAL TRADE COMMISSION, UNITED STATES PATENT AND TRADEMARK OFFICE, UNITED STATES DEPARTMENT OF AGRICULTURE, ONONDAGA COUNTY HEALTH DEPARTMENT OFFICE OF VITAL STATISTICS, STATE OF

and Aggravating Contempt of *"Pigford II Congressional Decree"*

15) 18 U.S.C. 872 – Extortion By Federal Employee

16) Minnesota Statute § 609.23351(i)(ii)(2)(i)(3)

17) 18 U.S.C. § 1956 – Money Laundering

18) N.Y.S.S.L. 473(6)(g) - Financial Exploitation of Vulnerable Adult

19) 18 U.S.C. § 875(d) - Interstate Electronic Extortion

20) 18 U.S.C. § 241 - Conspiracy Against Civil Rights

21) 18 U.S.C. § 371 - (Conspiracy to Commit Bribery and Honest Service Wire Fraud)

22) 18 U.S.C. § 1341 - Mail Fraud

23) 18 U.S.C. § 1343 - Wire Fraud

24) 18 U.S.C. § 1345 - Injunction

25) 18 U.S.C. § 1427 – Sale of or Naturalization, Transfer of Citizenship Papers and Rights

26) 18 U.S.C § 1519 – Conceal, Cover-up, Breeding False Documents In Federal Investigations and Hearings

27) Minn. Stat. § 609.714 Subd.1(1)(2)

28) 18 U.S.C. § 983(D)(iii)(iv)

29) 18 U.S.C. § 3591(a)(1)

30) 18 U.S.C. § 3592(b)(1)(2)(3)

31) 28 U.S.C. § 2461 (Criminal

| | |
|---|---|
| NEW YORK, STATE OF MINNESOTA, STATE OF ILLINOIS; CITY OF CHICAGO, DEAN N. PANOS, JENNER & BLOCK, LLP, MARC L KESSELMAN, STEPHANIE ANN SCHARF, DEIRDRE A. FOX, SCHARF BANKS MARMOR LLC, JANE ANDERSON, JEFF VON FELDTS, JOHN DUFFY, JENEL SAUBER, JANE ANDERSON, PONDVIEW TOWNHOMES OF WOODBURY LIMITED PARTNERSHIP, NORTHSTAR RESIDENTIAL, LLC, HALEY PITTS, LEAH C. JANUS, FREDRIKSON & BYRON, PA, ANDREA JEPSEN, and JOHN DOES 1 through 100 sued in their individual and official capacities. | Forfeiture) 32) DECLARATORY RELIEF DEMAND FOR JURY TRIAL |
| Defendants. | |

## I.   INTRODUCTION.

Plaintiff Dannez Hunter, a Direct Heir Individual from Anna Short Harrington and Olivia Hunter's "closed estates," a/k/a/ Aunt Jemima 1935 – present; hereby, brings forth this 1866 Civil Rights Acts Action, 42 U.S.C. § 1981 for **$33,000,000,000.00** for "Intrusion, Coercion, and Interfere with a Direct Heir's Rights," by the "Executive and Legislative Branch and herein demands "Declaratory Judgment," due to "Grand Larceny" **"Financial Exploitation of a Vulnerable Adult," "Economic Genocide,"**

3

**"Dependent Adult Identity Theft,"** in a pattern of collusion with "RICO Enterprises" to provide "criminal material support and resources" to "aid" "white terrorists" with carrying out "Espionage" to "Take" the Grandson's "Private Property," "Inheritance" through a "scheme and artifice" hashed by Senator John D.J. Rockefeller, IV, Ring Leader, Sharon P. Rockefeller, as "Shareholders" for PepsiCo Inc., PepsiCo's Board of Directors, as their Legal Principals paid bribes, "Buying Influence" inside the U.S. Department of State / USDOJ to facilitate the "sale" of Anna Short Harrington and Olivia Hunter's Death Certificates to The Quaker Oats Company with intent to unjustly enrich The Rockefeller Family while increasing the membership of the DNC and the Trilateral Commission Committee, as the Secretaries of States provided "services" on "retainer" to Indra Nooyi the "Surrogate Front/Foreign Terrorist" to "secure a future act" to "stonewall investigations" throughout several state and federal government branches as she "targeted 2 white families" and "1 black family" within a "12 month period" and used three or more USDOJ Assistant Attorneys to gain access to our Estate Papers, Documents and Effects to "advantage and award or attain a continuation of business" for the "Transnational Organized Crime Enterprises hereinafter "TOC," while  being in "Criminal Contempt" of the *Pigford I & II Decree*, and "overstepping their constitutional authority" in violence of 18 U.S.C. §§ 2, 3, 4, 1427, 1592(a).  Plaintiff as a Financial Exploited Vulnerable Adult has suffered damages and violence under 18 U.S.C. 872, and 2332(a), including but not limited to Minnesota Statute 626.557 Subd. 8, 17, 20, and Minn. Const. Art. l, Section 13 and Article 13, Section 4 – "Taking Clause":

| Hillary Clinton"[1] | Hillary Clinton | Bill Clinton |
| Sharon P. Rockefeller | Indra Nooyi[2] | John D.J. Rockefeller IV |

  

---

[1] http://www.pepsico.com/live/pressrelease/Clinton-Foundation-and-PepsiCo-Launch-Strategic-Partnership-to-Spur-Social-and-E05222014

[2] http://charlesortel.com/concentrating-on-clinton-foundation-facts

## II.   **NATURE OF ACTION.**

1.     Plaintiff Dannez Hunter is classified as a Vulnerable or Dependent Adult under Minn. Statute 609.232, Subd. 11(4)(i)(ii). (Exh. SSD, SSD51016, PHIFERMD) On or about **April 5, 2017,** Plaintiff Hunter appeared in the U.S. District Court of Illinois to examine the Court Docket 100, 101, 102, 112 to obtain "Certified Copies" of Records from the vault that were not on Pacer.gov. Plaintiff asserts he filed a "Motion to Examine the Record and Partisan Activist Edmond Chang was not able to produce "**3 out of 4** Original Certified Death and Birth Certificates with raised seals of Anna S. Olivia Hunter and Daniel Hunter bearing an "identification mechanism" as they were excluded from evidence, thus constituting a "mitigating pattern," Minn. Stat. 626.557 Subd. 8 by members of the Clinton Administration Team contrary to the *Black Farmers Discrimination Litigation*, Case 1:08-mc-00511-PLF Dockets 170-2, thus invoking "Intrinsic Mail Fraud" 18 U.S.C. § 1341 while subjecting the victim to egregious and hostile acts of "**Dependent Adult Identity Theft,**" contrary to Chang's Judicial Oath, and denying equal rights to the poor versus the rich, due to discrimination based on ethnicity, race and disability.

2.     Between **January 4, 2012** through **November 13, 2012,** Plaintiff asserts and alleges Indra Nooyi, Legal Principal of PepsiCo "solicited" Barack Obama, Eric Holder, Attorney General, USDA, Covington & Burling and Tony West, Assistant Attorney Civil Rights Division and entered into an agreement to provide "criminal material support or resources" to launch "collateral attacks" upon Anna S. Harrington's Direct Heir Dannez Hunter and his mother Inez Hunter. Plaintiff asserts and alleges Legal Principals Hillary Clinton was rewarded with "illicit royalties" that were money laundered through a Charity Fraud, 18 U.S.C. §880, 1951, as well as, Covington & Burling. Plaintiff avers Legal Principal Tony West through "influence peddling" monetized his interest and obtained status rank, and/or an Executive Senior Position on / as the "Executive Vice President of Government Affairs, General Counsel and Corporate Secretary for PepsiCo" and Board of Director for PepsiCo in exchange for providing

criminal material support and resources to target, intimidate, or coerce Dannez Hunter, a Direct Heir, thus invoking 18 U.S.C. § 600. (Exh. TOCCHART)

3.    Between 2012 through 2013, Plaintiff asserts and alleges Indra Nooyi, Barack Obama Administration, and DNC Services concocted a scheme to "Delegate Government Powers to a Private Enterprise / PepsiCo Inc." in violation of the 1970 Illinois Constitution, Art. II, Sect. I., in which Tony West was "assigned" subordinates "Dean Panos, Acting Inspector General for the City of Chicago, and Marc Kesselman, Sr. Litigation Counsel USDA while concealing a collateral attack from Senator John D.J. Rockefeller IV's and his wife Sharon P. Rockefeller *vis-a-vie* a **"Black Ops Program"**. Contrary to the Whitehouse advertisement on the government webpage, Eric Holder and Tony West provided "expert advice or assistance and services" in violence of 18 U.S.C.§ 2332(a), including Minn. Stat. 626.557 Subd. 6, 8, 20.[3] (Exh. BFL232)

4.    Plaintiff avers the Ring Leader, John D.J. Rockefeller IV, Legal Principals, Eric Holder, Tony West, Barack Obama, Indra Nooyi through the USDOJ unduly influenced units of government to provide material support of resources, including breeding "false documents" in violation of Public Policy to derail litigation against PepsiCo through an "unfair business advantage that effects commerce" to "restrain trade" by taking the plaintiff's property and giving it to a foreign terrorist while retaliating against a black National from physically appearing in a Federal Court to testify against PepsiCo / Covington & Burling, Eric Holder, COO / Attorney General.

5.    Between **2012** through **2013,** Plaintiff asserts and alleges Eric Holder Legal Principal carried out **"Subordinate Retaliatory Attacks"** in a scheme to "secret the property to hinder the enforcement of a $3,500,000,000.00 lien, or security interest" contrary to Article 20, 14-118.4, as he advantaged Convington & Burling Corporate Clients by targeting Dannez Hunter, as well as, family or acquaintances of Sophia Stewart, thus affirming RICO. Plaintiff asserts and alleges Eric Holder simultaneously plotting two predicate acts of espionage, in the Entertainment and Agriculture private

---

[3]https://www.revisor.leg.state.mn.us/statutes/?id=626.557

industries while concealing Ring Leader John D.J. Rockefeller, IV and Inda Nooyi, Legal Principal of PepsiCo as the "source of threats," intimidation and coercion and "Financially Exploiting a Dependent Adult" resulting in "**Interference With Direct Heir's Property Rights**". (Exh. BLF232, STEWART285, LIENSOPHIA)

6.    Plaintiff avers The Trilateral Commission, Executive Committee Indra Nooyi, Hillary R. Clinton, Bill Clinton, and Barack Obama schemed to increase the membership of the DNC, The Quaker Oats Company, William J. Clinton Foundation, (collectively hereinafter "Defendants" or "Legal Prinicpals") that turned the U.S Dept. of State into a "racketeering enterprise, intermingling funds" and "monetizing" their "business interests"  through "Strategic Partnership Agreements," and "MOUs," associated in fact and in violence of the U.S. Constitution Article II, Section 1, Clause 7, Domestic Emoluments Clause prohibiting racketeering for which the Legal Principals conspired to inflict upon the victim conditions of life "**calculated to bring about its physical destruction in whole or in part members of the group, imposing measures intended to prevent births within the group;**" with the requisite "intent" to expeditiously become enriched by enabling a "TOC network," thus constituting "**three or more mitigating acts of espionage**". (Exh. CHART)

7.    On **December 4, 2014**, Docket 75, Plaintiff asserts and alleges Partisan Activist Edmond Chang knowingly and willfully accepted bribes, Minn. Stat. 626.557 Subd. 8 while interfering with the Direct Heirs Rights of Ownership to be secure in his Estate Papers, Documents and Effects, and forming an "unlawful combination" in the form of a Constructive Trust or otherwise, or conspiracy, in the restraint of trade or effecting interstate commerce in several States by the exploitation of the Aunt Jemima trademarks and refusing to equally apply the application of 765 ILCS 1075/30(a)(b). Plaintiff asserts Edmond Chang was aware that Grandma Olivia Hunter died in Syracuse on **November 30, 1992,** as Chang failed to rule on Docket 100, Exhibits 800, 1000, 1001, 1018 on the inside of discovery.(Exhibits 1006, 1007, 1008; BLF232)

> "Today we have all three branches of government represented at this event. In our founders incredible wisdom, they gave each branch of government a different role

in our great republic. We have a Congress to write the laws on behalf of the people. We have a President to enforce those laws and defend our nation. And we have a Supreme Court to apply and interpret the law in a fair and impartial manner when disagreements arise. The Founders separated power, because they knew it was the best way to protect our citizens and keep our constitution secure. Justice Gorsuch, you are now entrusted with the sacred duty of defending our constitution. Our country is counting on you to be wise, impartial and fair to serve under our laws, not over them, and to safeguard the right of the people to GOVERN THEIR OWN AFFAIRS."[4] ~ (*Donald Trump Confession*) (5:39 – 7:05)

"I Neil M. Gorsuch do solemnly swear. I will administer justice without respect to persons, and do **equal right to the poor and to the rich**. And that I will faithfully and impartially discharge and perform all the duties incumbent upon me, as an associate justice of the supreme court of the united states, under the constitution and the laws of the united states, so help me God." ~ (*Supreme Court Justice Anthony M. Kennedy Confession*)[5]

8.      Plaintiff avers the "negligent acts of omission" by Partisan Activist Edmond Chang for the "exclusion" of 3 out of 4 government Original Death Certificates and my Original Birth Certificate constitutes "**Dependent Adult Identity Theft**" Minn. Statute 626.557 Subd. 8 in a "**pay-to-play**" "**Black Ops Program**" that facilitated the scheme through the U.S. Department of State to increase the membership of the DNC Party, inclusive of John DJ Rockefeller, IV, Hillary Clinton, Barack Obama at my expense.

9.      Plaintiff asserts and alleges Barack H. Obama acquiesced to Eric Holder, Covington & Burling coordinating and directing attacks against the Direct Heir and his family while Holder provided "expert espionage services" to facilitate a TOC network with the creation of "**Constructive Trusts**" in two private industries. Plaintiff avers Partisan Activist Edmond Chang aided and abetted Legal Principals with committing "Extrinsic and Intrinsic Fraud," N.Y. S5821, Minn. Statute 628.26, for Dockets 87, 88, 120, constituting corruption of judgeship and bribery of a judicial officer in an "official hearing" in violence of 18 U.S.C. § 201(b)(1)(a)(b), 28 U.S.C. § 453 including, but not limited to 18 U.S.C. § 1512(2)(A)(B)(i)(ii). "There was no good reason in law, logic, or

---

[4] https://www.youtube.com/watch?v=zk2hIqCZGjc
[5] https://www.nytimes.com/2017/04/10/us/politics/neil-gorsuch-supreme-court.html?_r=0

public policy for conferring immunity on private persons who persuaded the immune judges (*i.e.* Edmond Chang and Elena Kagan) to exercise his/her jurisdiction corruptly." (Exhibit KAGAN1, KAGAN2, KAGAN243, KAGAN244, KAGAN283, KAGAN8081)

## III.   JURISDICTION.

10.   This is a declaratory judgment action pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, and for damages due to the Legislative and Executive Branches exceeding their U.S. Constitutional authority to improperly interfere with property rights. Subject matter jurisdiction is conferred under 28 U.S.C. §§ 1332, 1338(a) and (b), as this action concerns an amount in controversy over $75,000, exclusive of cost and interest and is between a citizens of different states.

## IV.   SUPPLEMENTAL JURISIDICTION.

11.   Supplemental jurisdiction is conferred under 28 U.S.C. §§ 1332(a)(2), 1367(a) with respect to state common law claims, "Minnesota Statute 626.557 (2010) Private Right of Action for Financial Exploitation (Vulnerable Adult Act)" Subd. 20(a)(b)(c) and violations that occurred in this District that form part of the same case and controversy that is subject to this Court's jurisdiction.

## V.   JURISDICTIONAL POWERS.

12.   The Court has "exclusive jurisdiction" pursuant to 28 U.S.C. 1346(b)(1) for this civil action on claims against the United States to redress personal injuries, or loss of property caused by "negligent acts of omission" that occurred in this District and are in violence of U.S. Constitution 1st, 5th, 13th, 14th Amendments and to adjudicate Diversity of Citizenship between Plaintiff and Naturalized Defendant(s).

13.   Jurisdictional power is conferred pursuant to 28 U.S.C. §§ 1338(a)-(b) to adjudicate a federal question, or actual controversy to take private property for public use without compensation and "introduce enslavement" in Ramey County District when joined with a substantial and related claim under trademark laws or Minnesota Statute 609.025(1).

## VI.   VENUE.

14.   Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and (d), because PepsiCo Inc. is doing transacting business in this District; and a substantial part of the "negligent acts of omission" given rise to the claims have occurred and are continuing in this District citing Minnesota Statute 609.2335 Subd. 5.

## VII.   VENUE POWERS.

15.   "Any national injured in his person, property or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs may sue therefor in any appropriate District Court of the United States, and shall recover threefold damages he sustains and the cost of the suit, including attorney fees" pursuant to 18 U.S.C. 2332(a).[6]

## VIII.   PROCESS.

16.   Each of the Defendants named herein conducts business in Minnesota, Chicago, and New York and therefore subject to nationwide service of process pursuant to 18 U.S.C. § 1965(d).

17.   Plaintiff was disseised of property, freehold, liberties of free custom, outlawed, condemned and destroyed, because of discrimination based on "mental disability," and was unable to protect my "right of citizenship" due to the bribery of Officers of the Court, maltreatment, and a Dependent Adult Identity Theft scheme in violence of Minn. Stat. 609.527 Subd. § 2, 4(a)(b)(c), 5, 5a. The Plaintiff avers "Citizenship Documents" were "excluded" to his detriment as a Dependent Adult, thus invoking Minn. Statute 626.557 Subd. 8.

18.   "Jurisdiction Power" for the U.S. Constitution, 1866 Civil Rights Act, 42 U.S.C. §1981 is invoked for "controversies" to "define citizenship," under U.S. Constitutional 14th Amendment under the "Citizenship Clause" for the enjoyment of civil rights and immunities mandate equally applying fundamental "Equal Protection and

---

[6] Exh. CRS2332; https://fas.org/sgp/crs/natsec/R41333.pdf

Due Process" to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom.

19.    Plaintiff is "isolated" from my father's family, due to the Officers of the Court from the State of Minnesota, State of Illinois "operating in consort" to advantage their political party by implementing an illegal practice under archaic *Black Code Laws*," while plotting to "enrich" whites exactly like *The Osage Indian Murders*,[7] through "Identity Theft of my Grandmothers, as well as, "my Identity," thus constituting a "continuation" of a "Financial Crime" prohibited under 18 U.S.C. § 225(a)(1)(2)(b).[8] Plaintiff asserts and alleges the Executive Branch, Legislative Branch, Ring Leader John D.J. Rockefeller IV,  Eric Holder, former Attorney General and Tony West, Assistant Attorney, USDOJ conspired to "monetized" their interest 18 U.S.C. 375, 880, 1505 "trading insider influence," with local government officials in the State of Minnesota within the scope of their employment in "preparation" to steal "Aunt Jemima royalties" and "Aunt Jemima Rights" by providing "criminal material espionage support or

---

[7] The Osage Indian Murders Aggravating Espionage; Exh. OSAGE200
https://vault.fbi.gov/Osage%20Indian%20Murders
[8] "Early on, all fingers pointed at William Hale (pictured below), the so-called "King of the Osage Hills." A local cattleman, Hale had bribed, intimidated, lied, and stolen his way to wealth and power. He grew even greedier in the late 1800s when oil was discovered on the Osage Indian Reservation. Almost overnight, the Osage became incredibly wealthy, earning **"ROYALTIES" from "OIL SALES"** through their federally mandated **"head rights."** The locals weren't talking. Hale had threatened or paid off many of them; the rest had grown distrustful of outsiders; The agents were able to prove that **Hale ordered the murders of "Anna and her family to inherit their oil rights."** Estimates are that 60 or more wealthy, full-blood Osage were killed from 1921 to 1925.The murders appear to have been committed by people greedy to take over the great wealth of the Osage, whose land was producing valuable oil, and who each had headrights that earned lucrative annual royalties. "The FBI, also revealed **extensive corruption among local officials involved in the Osage guardian program.**" https://www.fbi.gov/history/famous-cases/murder-and-mayhem-in-the-osage-hills; Exh. OSAGE100

resources" to PepsiCo Inc., The Quaker Oats Company, and Pinnacle Foods Group. Plaintiff Hunter owns and interest in the Royalties of the Aunt Jemima sales.

20.     Plaintiff avers the Legal Principals perverted the due administration of justice, penalized, or engaged in rebuttable inference while stonewalling investigations into transnational organized crime, contrary to 18 U.S.C. § 1505. Plaintiff asserts and alleges Ring Leader John D.J. Rockefeller and Sharon P. Rockefeller are "Shareholders" on the Board of Directors of PepsiCo, and became the "possessor" of personal "identifying documents" and unlawfully used my resources, funds, royalties and property for their personal gain, while unjustly enriching a "Foreign Terrorist" Indra Nooyi as a "Front" to profit or advantage at my expense in the District of Ramsey County, thus invoking violence against Minnesota Statute 609.2335 § Subd. 5. Plaintiff asserts and alleges Ring Leader John D.J. Rockefeller IV unlawfully delegated government power to a private entity inclusive of his wife as the 'conduit shareholder' in comparison to the scheme of William Hale, that used his nephew Ernest Burkhart, through marriage to steal Anna Brown's family "head rights" for oil royalties exceeding $500,000.00 annually. Plaintiff asserts and alleges John D.J. Rockefeller IV just like William Hale "bribed, intimidated, lied, and stolen his way to wealth and power."

21.     Plaintiff herein invokes *Protective Principle* against The Trilateral Commission, Nor, Executive Committee Members, Indra Nooyi that filed 5 or more trademarks in different countries, threatening the States' security or interferes with the operation of its government functions prohibited under 18 U.S.C. § 2331(5)(A)(B)(i)(ii)(iii). (Exh. SSD, 1010, 1011, 1012, 1013, 1014, 1017, B, 31)

## IX.  STANDING.

22.     Plaintiff as a "Financially Exploited Dependent Adult" has suffered "irreparable personal injury" or "imminently and will continue to suffer injury" due to "Grand Larceny" of property, Dependent Adult Identity Theft, resulting in a loss of legitimate claim of entitlement to property, royalties, commercial interest, and capacity

to pay for rent, food, medicine, medical treatment and housing without fundamental Due Process under the U.S. Constitution's 5th, 13th, and 14th Amendments. The injury was not abstract and within the zone of "Grand Larceny" of property, interests, inheritance, and pattern of espionage. Plaintiff Hunter has a legally protectable property interest and that he has suffered or will suffer a deprivation of that property without adequate process under N.Y. Social Service Law 473(1)(a)(6)(g)(8)(b)(c)(e)(f), including N.Y. Social Service Law 550 but not limited to Minn. Stat. 626.557 Subd. 20. (Exh. 1000, SSD51016)

## PARTIES
## PLAINTIFF

23.    Plaintiff Dannez Hunter is located at 1275 Lincoln Ave, Ste #1, St. Paul, MN 55105, and files this suit as an "Individual Disabled Direct Heir" and Great Grandson from the Estate of Anna Short Harrington and Grandson of Olivia Hunter.

## DEFENDANTS

24.    On information and belief, Defendant John D.J. Rockefeller IV, is a "Ring Leader" and former Senator and is located at 2121 Park Rd NW, Washington, DC. 20010-1049.

25.    On information and belief, Defendant The Trilateral Commission, Nor c/o Joseph S. Nye, Jr., North American Chairman and is located at The North American Group 1156 Fifteenth Street, NW, Washington, DC 20005, (PH) 202-467-5410, (F) 202-467-5415.

26.    On information and belief, Defendant Sharon Lee Percy Rockefeller is a Natural Person and former Board Member of PepsiCo Inc. and is located at 2121 Park Rd NW, Washington, DC. 20010-1049, (PH) 212 767-1946, (PH) 202-842-6161.

27.    On information and belief, Defendant Indra Nooyi, ("hereinafter PepsiCo Board of Director & CEO) is located at 700 Anderson Hill Road Purchase, New York 10577.

28. On information and belief, Defendant Barack Hussein Obama is a Natural person, and former President of the United States of America, located at an unknown address within the United States.

29. On information and belief, Defendant Hillary Rodham Clinton is a Citizen of New York, and served as the 67th Secretary of State, from January 2009 until **February 1, 2013** located at 3067 Whitehaven St. N.W., Washington, D.C. 20008, or Chappaqua, New York.

30. On information and belief, Defendant Eric Himpton Holder Jr., is a Natural person and former Nation's 82nd Attorney General of the United States of America, **D.C. Bar No. 303115,** located at Covington & Burling LLP, One City Center, 850 Tenth Street, NW, Washington, DC 20001-4956, (PH), 1 202 662 6000. He served as the U.S. Attorney General from February 3, 2009 through **April 27, 2015** under the United States President.

31. On information and belief, Defendant Covington and Burling LLP is located at One City Center 850 Tenth Street, NW Washington, DC 20001-4956, (PH), 1 202 662 6000.

32. On information and belief, Defendant Tony West, ("hereinafter PepsiCo's Board of Director) is located at 700 Anderson Hill Road Purchase, New York 10577 and is the Assistant U.S. Attorney for the Civil Division that represents 1000 subordinates including the U.S. government, government agencies, Cabinet officials, and members of Congress.

33. On information and belief, Defendant Shona L. Brown, ("herein after PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

34. On information and belief, Defendant George W. Buckley, ("herein after PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

35.   On information and belief, Defendant Cesar Conde, ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

36.   On information and belief, Defendant Ian M. Cook, ("herein after PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

37.   On information and belief, Defendant Dina Dublon, ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

38.   On information and belief, Defendant Rona A. Fairhead, ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

39.   On information and belief, Defendant Richard W. Fisher, ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

40.   On information and belief, Defendant William R. Johnson, ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

41.   On information and belief, Defendant David C. Page ("herein after PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

42.   On information and belief, Defendant Robert C. Pohlad ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

43.   On information and belief, Defendant Daniel Vasella ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

44.   On information and belief, Defendant Darren Walker ("herein after PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

45.   On information and belief, Defendant Alberto Weisser ("hereinafter PepsiCo Board Director) is located at 700 Anderson Hill Road Purchase, New York 10577.

46.   On information and belief, Defendant Jim Andrew or James P. Andrew ("hereinafter Executive Vice President, Corporate Strategy and Chief Venturing Officer, Board of Directors") is located at 700 Anderson Hill Road Purchase, New York 10577.

47.   On information and belief, Defendant Umran Beba ("herein Senior Vice President, Chief HR Officer For Human Capital Mgmt. Serv. & Operations) is located at 700 Anderson Hill Road Purchase, New York 10577.

48.   On information and belief, Defendant Hugh F. Johnston ("hereinafter Vice Chairman, and Chief Financial Officer") is located at 700 Anderson Hill Road Purchase, New York 10577.

49.   On information and belief, Defendant The Clinton Foundation is a non-profit 501(c)(4) entity, a/f/a The William J. Clinton Foundation located at c/o Chairman Bruce Lindsey or Vice – Chairman, 1271 Avenue of the Americas, 42nd Floor, New York, New York 10020.

50.   On information and belief, Defendant William J. Clinton is located a P.O. Box 937 Chappaqua, New York 10514-0937.

51.   On information and belief, Defendant PepsiCo, Inc., Certification # 97594978 is located at 700 Anderson Hill Road Purchase, NY 10577 and with a Chicago office located at 555 West Monroe Street, Chicago, IL 60661, (Ph): (914) 253-2000, Fax Number: (914) 253-2070. PepsiCo Inc. Register of Agents is c/o CT Corporation System, 111 Eighth Ave. N.Y., N.Y. 10011.[9] Its principal place of business is New York.

52.   On information and belief, Defendants The Quaker Oats Company, Certificate 7256401000, is a "Corporation" located at 555 W Monroe St Fl. #1 Chicago,

---

[9] https://cu.pepsico.com/old-us-pages/tropicana/tropicana-company-info-tab

Illinois 60661-3716 United States. Defendant Quaker Oats Register of Agents is c/o CT Corporation System, 208 So. LaSalle St. Suite 814, Chicago, IL 60604 to be served with the civil complaint.

53.   On information and belief, Defendants Luis Prado" located at 555 W Monroe St Fl. #1 Chicago, Illinois 60661-3716 United States.

54.   On information and belief, Defendant Pinnacle Foods Group, Business Identification 0600313869, Certificate, #6000048040, LLC, c/o Agent: C T Corporation System is located at 208 SO. LaSalle Street, Ste # 814, Chicago, IL 60604, and a Principal place of business 99 Jefferson Road, Parsippany, NJ 07054.

55.   On information and belief, Defendant Dean Nicholas Panos, at 4043 Hampton West Spring, IL 60558, Bar Nos. 258517, 6203600, March 6, 2006, is located at 353 N. Clark Street Chicago, IL 60654 and was provided with unlawful immunity.

56.   On information and belief, Defendant Jason Bradford, Natural Person, Bar Nos. is located at 353 N. Clark Street Chicago, IL 60654 that was provided with unlawful immunity.

57.   On information and belief, Defendant Jenner & Block LLC, File No. 00495301, located at c/o JB Corporate Services, Inc.  One IBM Plaza, 40th Floor, Chicago, IL 60611 and was provided with unlawful immunity.

58.   On information and belief, Defendant c/o Maureen K. Ohlhausen, Federal Trade Commission, Federal Trade Commission is located at 600 Pennsylvania Avenue, NW, Washington, DC 20580, Telephone: (202) 326-2222.

59.   On information and belief, Defendant B. Todd Jones is a Natural Person for and Assistant Attorney from the Department of Justice located at 600 U:S. Courthouse, 300 S. Fourth Street, Mpls., MN 55415.

60.   Defendant U.S. Department of Justice, c/o Attorney General of the United States is located at Room 5111, 100th & Constitution Avenue, NW Washington, D.C. 20530, (PH) (202) 514-2000.

61.     Defendant c/o Drew Hirshfeld, United States Patent and Trademark Office (USPTO) P.O. Box 1450 Alexandria, VA 22313-1450.

62.     On information and belief, c/o Sonny Perdue, Secretary of Agriculture, U.S. Department of Agriculture, is located at 1400 Independence Ave., S.W. Washington, DC 20250.

63.     On information and belief, Defendant Marc L. Kesselman, marc.kesselman@yum.com is located at 7100 Corporate Drive Plano, TX 75024

64.     On information and belief, Defendant Janet L. Silverberg is located 3744 N. Bosworth Ave., Chicago Il 60613 or 555 West Monroe Street, Chicago, IL 60661, (PH) (312) 821-1000.

65.     On information and belief, Defendant DNC Services Corporation d/b/a Democratic National Committee is located at 430 S. Capitol Street S.E. Washington, DC 20004

66.     Defendant c/o Indu Gupta, MD, MPH, Commissioner of Health Department, Onondaga County Health Department, Office of Vital Statistics that is located at 421 Montgomery Street, 9th Floor Civic Center Basement Level Syracuse, New York 13202, (PH) (315) 435-3252; Email indugupta@ongov.net.

67.     On information and belief, Scharf Banks Marmor LLC, c/o Business Filings Incorporation is located at 118 W. Edwards Street Ste 200, Springfield, IL 62704, File Number 03837459, (PH) 312-726-6000.

68.     On information and belief, Defendant Stephanie Ann Scharf, ARDC No. 6191616 is located at 333 West Wacker Drive, Suite 450, Chicago, IL 60606, (PH) 312-726-6000. 1513(b)(c)(e),

69.     On information and belief, Deirdre A. Fox, ARDC No. 6206110, Scharf Banks Marmor LLC, 333 West Wacker Drive, Suite 450, Chicago, IL 60606, (PH) 312-726-6000.

70. On information and belief, Defendant State of Minnesota, c/o Lori Swanson is located at 116 Veterans Service Building 20 W 12th Street St. Paul, MN 55155.

71. On information and belief, Defendant State Illinois c/o Lisa Madigan, is located at Office of the Attorney General Chicago Main Office 100 West Randolph Street, Chicago, IL 60601, (312) 814-3000.

72. On information and belief Defendant City of Chicago, c/o Mayor Rahm Emanuel, Mayor is located City Hall, 121 N. LaSalle Street, Chicago, Illinois 60602.

73. On information and belief, Defendant State of New York, c/o Eric T. Schneiderman is located at Office of the Attorney General The Capitol, Albany, NY 12224-0341.

74. On information and belief, Defendant Leah C. Janus, Fredrikson & Byron 200 S 6th Street, Ste # 4000 Minneapolis, MN 55402.

75. On information and belief, Defendant Fredrikson & Byron Fredrikson & Byron 200 S 6th St Ste 4000 Minneapolis, MN 55402.

76. On information and belief, Defendant John Duffy, 12708 Wayzata Blvd #400, Mtka, MN 55305, USA.

77. On information and belief, Defendant Jeff Von Feldts, 12708 Wayzata Blvd #400, Mtka, MN 55305, USA.

78. On information and belief, Defendant Jane Anderson, 12708 Wayzata Blvd #400, Mtka, MN 55305, USA.

79. On information and belief, Defendant Jenel Sauber, 12708 Wayzata Blvd #400, Mtka, MN 55305, USA.

80. On information and belief, Defendant c/o DDC Woodury LLC, Pondview Townhomes of Woodbury Limited Partnership is located at 11900 Wayzata Blvd. #216J, Mtka, MN 55305.

81.   On information and belief, Defendant Northstar Residential, LLC is located at On information and belief, Defendant Jenel Sauber, 12708 Wayzata Blvd #400, Mtka, MN 55305, USA.

82.   On information and belief, Defendant Haley Pitts is located at Fredrikson & Byron PA, 200 S. 6th Street, Ste #4000, Minneapolis, MN 55402-1425.

83.   On information and belief, Defendant Leah C. Janus is located at Fredrikson & Byron PA 200 S. 6th Street, Ste #4000, Minneapolis, MN 55402 Email ljanus@fredlaw.com.

84.   On information and belief, Defendant Fredrikson & Byron PA is located at 200, S. 6th Street, Ste #4000, Minneapolis, MN 55402, Email: ljanus@fredlaw.com

85.   On information and belief, Defendant, Andrea Jepsen, c/o John M. Degan, Briggs and Morgan, P.A. 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402-2157.

86.   John Does 1 through 100 are fictitious names of defendants sued under the provision of Section 474 of California Code of Civil Procedure because their true names and capacities, whether individual, association, partnership, corporation or otherwise, are unknown to Plaintiff at this time. Plaintiff will seek leave of court to amend this Complaint to allege the true names and capacities of said defendants when they are ascertained.

87.   On **June 28, 1991,** Plaintiff asserts "Enemy Belligerent" Janet Lynn Silverberg, Chief Trademark Executive Officer located as a (REGISTRANT) for "Quaker Oats Company, located at The CORPORATION NEW JERSEY 555 West Monroe Street Chicago ILLINOIS 60661" recorded a "False Oath Of Ownership," in an act of "espionage" for the  scheme of "Transnational Aggravated Terrorist Identity Theft" and **Senior Citizen Identity Theft,**" contrary to 18 U.S.C. § 1028(A)(a)(1)(2), of Olivia Hunter's image / likeness **"without a written consent"** for the Aunt Jemima Trademark Reg. No. 1697862.

88.    Applicable "Prior Registrations" are 1534523; 1549337; AND OTHERS," thus invoking violence pursuant to of 15 U.S.C. § 1052(a). Plaintiff avers PepsiCo exploited Grandma Olivia Hunter's exact likeness. (Docket 100, 101, 102, 112, Exh. 800, 1000, 1001, 1018, 1009, 1001, 1010, 1011, 1012, 1013, 1014 , 31, 1000, 1017, B, 43, 44, 45); (Exh. CERTQUAKER)

  

Grandma Olivia Hunter
Registration Number 1697862
Serial Number 74180630; (Exh. 1697862)

89.    On **December 06, 2007,** Legal Principal Janet L. Silverberg, Legal Principal located at 3744 N. Bosworth Ave. Chicago IL 60613, "Employer" PepsiCo, Occupation, paid a "bribe" disguised as a **"TOC network campaign contribution"** in the amount of $250.00 with **"intent to influence or secure the performance of a future act"** from LAWYER OBAMA, BARACK / JOSEPH R. BIDEN VIA OBAMA FOR AMERICA," Item No. 28932822990, as a Presidential "Candidate and Vice President". Plaintiff asserts and alleges Legal Principal Silverberg, thereafter operated **"without legal malpractice insurance"** and "under color" of state law, in a scheme to obtain "immunity" for "espionage" and "Transnational Aggravated Terrorist Identity Theft". Plaintiff asserts and alleges Silverberg inveigled a Presidential Candidate to "do or abstain from acting" in his "Official capacity" after her filing of a **"False Oath of ownership"** "without a written consent," and coincidentally 6 months prior" to Grandma Olivia Hunter's death, as she suffered from *"Cancer and Dementia,"* thus constituting a pattern of *"Admissions By Conduct"* prohibited pursuant to Art. 20 – Extortion, 14.118.5, and 18 U.S.C. § 201(1)(A)(B)(C), 225(A)(1)(2)(b), 1512(2)(A)(B), 1962(a)(b)(c), and

the Espionage Act of 1917.[10] (Exhibit BRIBE1; Exhibit BRIBE2); (Exh. CERTPEPSICO)

90.    Around or about **November 7, 2013,** the Plaintiff contacted Defendants Onondaga Office of Vital Statistics, and Jane Doe, as the Co-Conspirators made asinine demands instructing the Robert Angel and Jonathan Pollard that represented more than 13 family members, to go ask "PepsiCo's Board of Directors" (*i.e.* Senator John D.J. Rockefeller IV, Ringer Leader, and his wife Sharon P. Rockefeller) to ask the "Latent Racists" for permission to gain access to our Grandmothers' Original Death Certificates for Anna S. Harrington and Olivia Hunter, thus constituting violence prohibited under 1970 Illinois Bill of Rights, Art. II, Section I,  - "Separation of Powers," unlawful Delegation of Government Powers to a Private Entity," thus constituing"Interfernce with the Direct Heirs Rights to Inherit Property".

91.    Plaintiff avers after the bribery payments were made to secure a future acts, as the Legal Principals prepared for the crime inside the U.S. Department of State contrary to 1917 Espioange Act. Plaintiff asserts and alleges Partisans Activist Chang, Hamilton, Flaum, Bauer, and Kagan denied a Motion for the Plaintiff to testify during an official hearing while a foreign terrorist stole my Grandmothers' Original Death Certificate, as Vital Statistics warned the Defendantgs of impeading discovery and litgiation contrary to 720 ILCS 5/29D-10(P)(3)(4)(5)(6), including but not limited to 18 U.S.C. §1505.

92.    In the interim, Plaintiff avers Legal Principal Janet L. Silverberg's name was deleted from the "Attorney Registry & Disciplinary Commission" to "criminally shield" her inside the TOC Network as the  "Executive Branch" became her **"insurer"** citing 18 U.S.C. § 1030(e)(1).

93.    Between **September 30, 2014,** through **February 18, 2015** in exchange for the prior bribery payments to enable a **"Black Ops Pay to Play Program"** run through the U.S Department of State, the Surrogate Indra Nooyi, born under another flag, placed Hillary Clinton on "Attorney Retainer" to coordinate the section of Partisan Activists

---

[10] HTTP://DOCQUERY.FEC.GOV/PDF/001/28932820001/28932820001.PDF; Exh. 1

Edmond Chang, William Bauer, and Elena Kagan. Plaintiff asserts and alleges Edmond Chang "abused his authority" 28 U.S.C. 453 under the "color of right" and disseised plaintiff of private property in violence of Hunter's U.S. Constitution, 5th Amendment "Due Process and Equal Protection Rights" while Chang made "material false statements" inside Documents 87 and 88 about Plaintiff's lineage, thus constituting "Dependent Adult Identity Theft" Minn. Stat. 609.527 Subd. 4(a)(b)(c), 5a. Plaintiff avers the Conspirators obstructed Hunter from "physically appearing" in a state or federal court to "testify" "under oath" and to simply show his "identification," while Chang allowed a foreign Terrorist to steal a national Citizen's "Identification Documents" thus in violence against Public Policy, 18 U.S.C. §§ 2, 3, 4 including **Minn. Stat. § 626.5572, Subd. 9(b)(1)(2)(3)(4). (Exhibits 1018, 1000, 1000, 800, 1007, 1008, 1009)**

94.    Plaintiff asserts Partisan Activist Edmond Chang accepted bribes from Pepsico and the Quaker Oats Company during an "official hearing;" in order, to disseise Plaintiff of my property rights as a "Dependent Adult" while Chang was in possession of Social Security Disability Benefits, and denied the plaintiff "a reasonable opportunity to present evidence on my behalf". (Exh. SSD, SSD51016)

95.    On **April 5, 2017**, Plaintiff avers Dockets 100, 101, 102, 112, Exhibits 800 1000, 1001, 1018, were excluded from evidence while concealing "Strategic Partnership Agreements" and "Memoradum Of Understanding hereinafter "MOUs," between PepsiCo and Hillary R. Clinton, Bill Clinton, William J. Clinton Foundation, including illicit payments to Covington & Burling, thus invoking violence against the U.S. Constitution Article II, Section 1, Clause 7, Domestic Emoluments Clause, N.Y. Social Service Law §§ 473(1)(a), 473(6)(g), 473(8)(b), 473(1)(a)(6)(g)(8)(b)(c)(e)(f), 493(1)(4)(iii)(iv), 18 U.S.C. 201(b)(1); 18 U.S.C. 1962(a)(b)(c). Plaintiff asserts and alleges Partisan Activist Hamilton, Flaum, Bauer and Kagan abstained from enforcing the "Federal Rules of Evidence". (Exh. STONEWALL100; APP. A, H)



96.   On **August 6, 2004,** INDRA NOOYI, for PepsiCo Inc. through her husband RAJ K. NOOYI, made a bribery payment of **$27,000.00** with "intent to influence an award or continuation of business or to gain an unfair advantage" by "inveigling" "KERRY VICTORY 2004," thus constituting *"Admissions By Conduct"* prohibited pursuant to 18 U.S.C. §§ 371, 983(D)(iii), 2331(5)(A)(B)(1)(2)(3). [12] (Exh. KERRY27000) (Exh. CERTPEPSICO)

97.   Thereafter, INDRA NOOYI, Principal Conspirator became "emboldened" ("emphasis added") to collect on the "bribery payments" by taking a "short spy road to riches" to secure "performance of future acts" and used the "instrumentalities" from the U.S. Department of State, Secretaries Hillary Clinton, John Kerry, and Eric Holder for the U.S. Dept. of Justice to provide "criminal material services" to aid a Foreign Terrorist with taking white and black "Nationals Estate Papers, Documents and Effects" while assigning "Enemy Belligerents" Marc Kesselman, Sr. Litigation Counsel USDA/USDOJ/White house, and Dean Panos, Inspector General for the United State of America, thus invoking violations of 18 U.S.C. 1962(a)(b)(c). (Exh. KERRY2700)

98.   Between **2012** through **2013,** Indra Nooyi "TOC Legal Principal" became emboldened by the "Pay-to-Play" bribery payments that were coordinated through the "U.S. Dept. of State, Black Ops Program" while "monetizing" her relationship within the "Trilateral Commission Executive Committee Shadow Government" inclusive of Hillary Clinton, Barack Obama and Eric Holder, as Nooyi "targeted in a scheme of espionage to take the "Pepsi Formula" from Joan Silleck, James Richard Ritchie, Ms. Julie Burns, SportFuel, and Dannez Hunter for the Aunt Jemima pancake "Formula and my

---

[11] http://docquery.fec.gov/pdf/001/28932820001/28932820001.pdf;  Exh. 1

[12] http://docquery.fec.gov/cgi-bin/fecimg/?24971551718; Exh. 2

Grandmothers" Identities," as she robbed American Families of their prosperity, thus constituting violence under the 1917 Espionage Act, including 18 U.S.C. § 3592(b)(1).

99.    On **September 30, 2014,** according to the U.S. Department of State "Copyright" photo of INDRA NOOYI, the Rockefeller Surrogate "ran" to the U.S. Department of State, at 14:25 p.m. and met again with JOSEPH BIDEN," after Janet L. Silverberg made a payment of $250.00 to "LAWYER OBAMA, BARACK / JOSEPH R. BIDEN VIA OBAMA FOR AMERICA," as Principal Conspirator "Indra Nooyi" concealed her husband's payment of $27,000.00 to induce JOHN KERRY to "secure the performance of a future act" to benefit PepsiCo and Quaker Oats while utilizing Marc Kesselman, Sr. Litigation Counsel USDA and Dean Panos, Inspector General that engaged in "espionage" and Grand Larceny of "Estate Papers, Documents and Effects" in anticipation of *Dannez Hunter vs. PepsiCo, Inc.* 14-cv6011, thus invoking violence against 18 U.S.C. § 1427.[13] (Exh. CERTPEPSICO, CERTQUAKER, CERTPINNACLE)



File:Vice President Biden Chats With PepsiCo CEO Nooyi.jpg

100.    During the *Mosaic of Guilt Window* that the U.S. Dept. of State took the picture of Indra Nooyi, said Principal "Surrogate" from the country of India utilized the "instrumentalities" of Dean N. Panos, Inspector General and Marc Kesselman, Sr. Litigation Counsel USDA to carry ou7t "mitigating acts" of "espionage" within a 24 month window to rob Plaintiff of his "inheritance and prosperity" by taking in a "pattern" my family's "Estate Papers, Documents and Effects," while colluding with

[13]https://commons.m.wikimedia.org/wiki/File:Vice_President_Biden_Chats_With_PepsiCo_CEO_Nooyi.jpg

Indra Nooyi, as an immigrant to unduly influence units of government after bribes were paid to target a "white family" in a scheme to take their Estate Papers, Documents and Effect for products placed in "interstate or foreign commerce" for the "Pepsi Drink Formula" as cited by *Joan Ritchie Silleck, The Estate of Richard James Ritchie, and Robert Ritchie v. PepsiCo, Inc.* Case No. 1:12 cv – 03556-JMP Docket 13, page 11, line number 56 in comparison to "similar situated" Dannez Hunter, thus constituting violence contrary to 18 U.S.C. §§ 1963(2)(A)(C)(D)(b)(1)(2) and 15 U.S.C. § 1052(a)

101. On information and belief after the Legal Principals consummated the crime, Barack Obama, Joe Biden, John Kerry ordered that "conclusive evidence" of Anna Short Harrington be deleted from "Government databases" leading to broken links. [14] Plaintiff avers once this corruption agreement and the TOC crime was consummated, the Rogue Government Officials "ordered" the "conclusive evidence / links" for the "definition" for "TOC" to be deleted from certain links[15] and archived on the "White house website and Database":[16] (Exh. 666I, 46, 44, 45)

102. On **October 1, 2012,** in the case *of Joan Ritchie Silleck, The Estate of Richard James Ritchie, and Robert Ritchie v. PepsiCo,* Inc. Case No. 1:12 cv – 03556-JMP Docket 13, page 11, line number 56, as it concerns "**Industrial Espionage**" for the "**Pepsi Drink Formula,**" the Ritchie Family disclosed that Richard Ritchie was "Targeted" while he had "severe and debilitating Parkinson's disease, which noticeably impaired his speech and physical condition" line number 60. Plaintiff avers Legal Surrogate Principal, Indra Nooyi became "embolden" during said *Mosaic of Guilt Window* after making "coordinated" "TOC network bribery payment(s) with "intent to influence and award or continuation of business to gain an unfair advantage" by sending "undercover government agents," as so-called "Historians" to the Ritchie family house to "Take" the Pepsi formula, exactly like the "Mafia," thus invoking 18 U.S.C. 3592(b)(1):

---

[14] http://www.marlborocountysc.org/quality-of-life/historic-past.aspx
[15] https://www.whitehouse.gov/administration/eop/nsc/transnational-crime/threat
[16] https://obamawhitehouse.archives.gov/administration/eop/nsc/transnational-crime/threat

59.   The Pepsi historian informed Pepsi of the existence of the Ritchie Documents, and shortly thereafter, a Pepsi representative contacted Mr. Richard James Ritchie, visited his home in Gettysburg, Pennsylvania, reviewed the Ritchie Documents and took a photograph of the 1941 Document containing the original Pepsi-Cola formula. Shortly thereafter, in a second visit to Mr. Richard James Ritchie's home, the Pepsi representative demanded that all of the Ritchie Documents be handed over to him; however, Mr. Richard James Ritchie refused this request. He had also previously placed all of the important documents in a bank safe deposit box for protection.

103.   Between **October 27, 2011** through **February 18, 2015,** John D.J. Rockefeller IV, "Ring Leader" and Sharon P. Rockefeller, Principal Conspirator, and PepsiCo Inc. Defendant "Shareholders" held in 2010 Common Stock worth 71,620, including Phantom Units of Preferred Stock 6,917, for a total of 78,537 Common Stock.[17] Said Recidivist Racketeers John D.J. Rockefeller IV, and Sharon P. Rockefeller through the ROCKEFELLER FOUNDATION made a "Slush Fund Charity Fraud Bribery" payment to the WILLIAM J. CLINTON FOUNDATION,[18] controlled by Hillary Clinton and Bill Clinton in the amount of **$25,000,000.00,** thus affirming violence prohibited by "Stop Trading on Congressional Knowledge Act of 2012". Plaintiff avers Sharon P. Rockefeller, Conspirator had 45,833, Common Stock in PepsiCo, Inc.,[19] contrary to 18 U.S.C. § 602(a)(4), and U.S. Constitution Article I, Section 6 Emoluments Clause.[20]





---

[17] https://www.sec.gov/Archives/edgar/data/77476/000119312510064516/ddef14a.htm
[18] https://www.clintonfoundation.org/file/2474
[19] https://www.pepsico.com/docs/album/Investor/297606_pepsico_webready_w8xpqnzcnaxknax.pdf?sfvrsn=0https://www.pepsico.com/docs/album/Investor/297606_pepsico_webready_w8xpqnzcnaxknax.pdf?sfvrsn=0
[20] https://www.clintonfoundation.org/contributors?category=%2410%2C000%2C001+to+%2425%2C000%2C000

104.   Around or about **October 27, 2011,** Plaintiff asserts PepsiCo Inc. made a Slush Fund Bribery Payment of **$250,000.00** to the "William J. Clinton" Charity Fraud," 501(c)(4), Tax Id. 31-1580204 on the same day that a "Falsified Unlawful Detainer" was served upon my mother, Inez Hunter, in violence of 18 U.S.C. § 1519.[21] The intent of Hillary R. Clinton, Indra Nooyi, and Eric Holder to coordinate a Racial Terrorist attack against my mother, as well as, myself had everything to do with my mother being the Surviving Spouse, with the authority to exercise her Spousal Rights of Election to open the Estates of Anna Short Harrington and Olivia Hunter.[22] (Exhs. BRIBE250K, HRCBRIBE100, HRCBRIBE102, HRCBRIBE10, CORR52214A, CORR52215B, CORR52214C, CORR52214D, CORR52214E, CORR52214F, CORR208, CORR62615, BRIBE66, BRIBE67; Exh. 1007, 1008, 1009, 1000, 1001, 1010, 1011, 1017, B)

|                        |                        |                        |
|------------------------|------------------------|------------------------|
| Hillary Clinton"[23]   | Hillary Clinton        | John DJ Rockefeller    |
| Sharon Rockefeller     | Indra Nooyi[24]        | Bill Clinton           |

  

## X.  WAIVER OF SOVEREIGN IMMUNITY.

105.   From **February 2, 2010** into **February 2, 2015,** and through **February 18, 2015,** Enemy Belligerent Indra Nooyi penetrated the U.S. Dept. of State to enable a "TOC / Black Ops Program" with criminal assistance from Eric Holder, COO Covington & Burling. Plaintiff asserts and alleges that Eric Holder and Indra Nooyi engaged in

---

[21] https://www.clintonfoundation.org/contributors?category=%2410%2C000%2C001+to+%2425%2C000%2C000

[22] https://www.clintonfoundation.org/contributors?category=%24100%2C001%20to%20%24250%2C000&page=5

[23] http://www.pepsico.com/live/pressrelease/Clinton-Foundation-and-PepsiCo-Launch-Strategic-Partnership-to-Spur-Social-and-E05222014

[24] http://charlesortel.com/concentrating-on-clinton-foundation-facts

[25] https://www.clintonfoundation.org/contributors?category=%24100%2C001%20to%20%24250%2C000&page=5

espionage with impunity and stole over $50,000,000,000.00 by "targeting" black Nationals, in the Entertainment and Agriculture private sectors "effecting interstate and international commerce" through direct bribery and "extortion" while Holder corrupted the Judgeship of Dee Benson and Edmond Chang. Plaintiff avers the Conspirators carried out the TOC crime during Black History Month.  Plaintiff asserts and alleges rogue officers of the court within the State of Minnesota, and State of Illinois "coordinated" falsifying documents 18 U.S.C. 1519 targeting the black Nationals on Malcolm X's anniversary for his assassination, dated Feb. 20th, as well as, Martin Luther King's assassination of April 4th, thus constituting *mens rea*.

106. Reluctantly, Plaintiff has to exclude Edmond Chang, William Bauer, Joel Flaum, David Hamilton, and Elena Kagan as **Defendants;**" in order, turn them into "Witnesses" in the "interests of the Sixth Region," so that future black Nationals will be able to "Detect" and proactively "Neutralize" rogue officials enabling a "Black Ops/Infrastructure". Plaintiff asserts the "Enemy Belligerents" operated under the "color of state  law" using "Surrogates," born under other "flags," "but welcomed under generous naturalization laws who poured the poison of disloyalty into the very arteries of national life to rob Americans and who sought to bring the authority and of the Government into ill-repute and contempt, in a scheme "to destroy industries, as the Surrogates formed plots to destroy the personal property of Americans."[26]

107. On the other hand, Defendants Principals The State of Minnesota, State of Illinois, City of Chicago and State of New York "Waive Sovereign Immunity" by an "Abuse of Process," "Negligent Acts of Omission," "Intrusion" of the "Legislative" and "Executive Branch imposing "undue influence" upon the Judiciary with all the violence under  18 U.S.C. § 1964(c) (Civil Remedies For RICO) for "abuse of process" "by reason of "on-going" violations for (p7redicate racketeering acts by an "enterprise") invoked 18 U.S.C. § 1962 while and knowingly and willfully enabling a "Black Ops Institutional Program" involving stonewalling investigation in "multiple branches" of

---

[26] https://en.wikipedia.org/wiki/Espionage_Act_of_1917

government constituting "aggravating acts of espionage" in breach of the *Black Farmers Discrimination Litigation,* Case No. Case 1:08-mc-00511-PLF Dockets 170-2, 231, 232.[27]

108.   "It will be conceded at once, that should a law violate any of the restrictions in the constitution pertaining to the subject matter, as to denying the right of trial by jury, **"introducing slavery,"**[28] or otherwise, it would be void. This result, however, would be solely because the **Legislative Branch would had exceeded its jurisdiction in violence of** 18 U.S.C. § 1965(a)(b)(c)(d)."[29] The "Creation of a Remedy" is invoked by the "confession" of Elena Kagan's inside Senate hearing[30] regarding the *Doctrine of Constraints,* overstepping its role, thus warranting Declaratory Judgment under 28 U.S.C. § 2201(a)(b)-02, including 15 U.S.C. § 1119.

109.   Defendants were "served on any person or entities in any judicial district in which such person resides, is found, has a Registered Agent, or transacts his affairs," and regularly conducts business in multiple districts including New York, and Chicago for "Grand Larceny" of Trademarks that are distributed through interstate commerce and is also in these Districts pursuant to 28 U.S.C. § 1402(b).

## XI.   SUSPENSION OF STATUTES OF LIMITATION.

110.   Around **April 7, 2017,** Plaintiff filed a Motion for a Suspension of Statutes of Limitation due to corruption. Grandma Olivia Hunter domiciled in Syracuse and died on **November 30, 1992.** Plaintiff invokes similar situated domestic timeliness applied to

---

[27] DENNIS v. SPARKS, (1980) No. 79-1186; Argued: October 8, 1980, Decided: November 17, 1980 "The action against the private parties accused of conspiring with the judge is not subject to dismissal. Private persons, jointly engaged with state officials in a challenged action, are acting "under color" of law for purposes of 1983 actions. And the judge's immunity from damages liability for an official act that was allegedly the product of a corrupt conspiracy involving bribery of the judge does not change the character of his action or that of his co-conspirators. Historically at common law, judicial immunity does not insulate from damages liability those private persons who corruptly conspire with a judge." http://caselaw.findlaw.com/us-supreme-court/449/24.html

[28] *Dannez Hunter vs. PepsiCo Inc.,* Docket 53, page 6, footnote 5, *(Classifying Human as Fictional Character)*

[29] http://open.mitchellhamline.edu/cgi/viewcontent.cgi?article=2215&context=wmlr

[30] http://www.washingtonpost.com/wp-srv/politics/documents/KAGANHEARINGSDAY2.pdf; Exh. KHEARING70

white people applicable under "Joan Ritchie Silleck, Estate of Richard James Ritchie, Robert Ritchie et al. v. PepsiCo, Inc., Case number 1:12-cv-03556, Docket 13, (U.S. District Court of New York 2013), line number 53" exceeding "**70 years**" pursuant to 765 ILCS 1075/20(a)(1)(2)(3)(b)(3)(a), and 765 ILCS 1075/30(b) exceeding 50 years. (Exh. PUBLICITY30)

111.    Plaintiff Hunter is a "Financially Exploited Dependent Adult" with standing to refile this civil action pursuant to "**confession**" inside an Order by the State of Washington, State of Minnesota vs. Donald Trump, President of the United States and Rex Tillerson, Secretary of State, Docket No. 17-35105, page 19, paragraph 3.    The Fifth Amendment of the Constitution prohibits the Government from depriving individuals of their "life, liberty, or property, without due process of law, including Article III, Section 2 of the U.S. Constitution that allows federal courts to consider only "Cases" and "Controversies." [31]

112.    The injury is connected to the Partisan Activist Elena Kagan overstepping the "*Doctrine of Judicial Restraint*," as the State of Washington vs. Donald Trump, 2:17-cv-00141 Document 3, page 18, lines 5 through 11 "confessed" "The Fifth Amendment protects all persons who have entered the United States "from deprivation of life, liberty, or property without due process of law." "There is "no exception" to this rule," thus constituting abuse of process prohibited under Minn. Statute§ 626.5572 Subd. 9.

113.    A favorable court jury decision must be likely to redress the injury for a Disabled Heir's Inheritance disseised pursuant to Minnesota Statute 626.5572 Subd. 5, and "**owes a duty under state law to prevent a foreseeable harm.**"

## XII.  MANDATORY SF-95 FORM.

114.    On **November 21, 2016**, James G. Touhey, Jr. at the behest of Barack Obama, Eric Holder, and Hillary Clinton sent an "Administrative Tort Claim" with the instructions to bring suit "no later than six months," invoking 28 U.S.C. § 2401(b)

---

[31] https://www.nycourts.gov/history/legal-history-new-york/documents/Publications_New-York-Bill-Of-Rights.pdf

including 28 U.S.C. § 2675(a), and 11 U.S.C. §§ 501, 502 in reference to the mandatory SF-95 Forms. Plaintiff reserves the right to file suit against said government agencies for providing criminal material support to help PepsiCo engage in a pattern of Trademark Infringement, during the *mosaic of guilt window* that the U.S. Department of State hosted multiple meeting with Indra Nooyi. (Exh. DOJ112116)

115.   Plaintiff is informed and believe, and on the basis allege, that at all times relevant hereto, the defendants, and each of them, were acting on behalf of and as the employee, agent, and/or representative of each other with the consent, knowledge and permission of each other, and were acting within the course, scope and purpose of said employment, agency, authority and/or representation. (Exh. 121)

116.   Plaintiff also is informed and believe, and on that basis allege, that all defendants sued herein as Does, and each of them, acted in consort, participated in and aided and abetted in the acts alleged herein, or are in some manner responsible for the acts alleged herein. Plaintiff further is informed and believe, and on that basis allege, that some or all of the acts and omission alleged herein and some or all of the damages sustained by Plaintiff occurred within this judicial district of Minnesota, Chicago, and New York.

117.   The Quaker Oats Company, and PepsiCo and Does 1 through 100 are collectively referred to herein as "Defendants".

118.   The true names and capacities of said fictitiously named Defendants, whether individual, corporate, partnership, associate, or otherwise, are presently unknown to Plaintiff and Plaintiff will seek leave of Court to amend this Complaint to assert the true names and capacities of said fictitiously named Defendants when the same have been ascertained.   (For convenience, hereinafter collectively referred to as "Defendants" and each reference to a named defendant herein includes reference to the Doe Defendants.)

119.   Plaintiff Hunter is informed and believe, and based thereon allege, that at all times relevant to this action, each of the Defendants or their agents, partners, representatives, employees and/or joint ventures of the remaining Defendants, and each of them, are, and at all times mentioned herein were, acting within the course of the scope of an agency, partnership, representation, employment and/or joint venture. Plaintiff is further informed and believe, and based thereon allege, that the actions herein alleged concerning each such Defendant was known to, authorized by, and/or ratified by the other Defendants, and each of them.

120.   On **October 27, 2014, on the same day,** after Plaintiff Dannez Hunter vs. PepsiCo Inc., Case No. 14-cv-2011 filed Docket 71, for a "Motion to Compel Dean Nicholas Panos, Inspector General for the United States to Relinquish For Inspection the Stolen Estate Papers, Documents and Effects of Anna Short Harrington." On said date, Principal Conspirator John D.J. Rockefeller  IV, "Ring Leader" at the behest of Co-Conspirator Sharon P. Rockefeller, Principal "Shareholder" coordinated a "TOC Network payment" , as an individual, partnership, corporation, association or legal entity, inside a union or group of individuals associated in fact although not a legal entity in the amount of $15,000.00 to the "DNC SERVICES CORP./DEM. NAT'L COMMITTEE" Image No. 201507239000400717 that was designed to "obstruct testimony, or withhold a record, document, or other object, from an official proceeding" , thus constituting "*Admissions by Conduct*" prohibited under 18 U.S.C. 1512(B)(1)(2), including 18 U.S.C 1961(3)(4), and 18 U.S.C. §§ 880, and 1425(a)(b).;[32]

    

---

[32] http://docquery.fec.gov/cgi-bin/fecimg/?201507239000400717

121.   Around or about **March 16, 1965,** Plaintiff asserts and alleges PepsiCo Inc. and Quaker Oats "financed" Defendant Covington & Burling Partner James P. Shanahan to engaged in a "Shake Down" serving a federal "terrorist tax lien" as a favor to Defendants PepsiCo Inc., and The Quaker Oats Company in the amount of $299.92 during Aunt Deloris Hoffman's Surrogate Court hearing in the Fifth District Court of Onondaga to intimidate Uncle Levi Harrington being a Disabled Executor of the Estate as he only had **"One Arm,"** thus constituting *"actus reus"* in violations of N.Y.P.L. §§ 460, 460.30(1)(a)(b)(c) including but not limited to  Minn. Statute § 609.281 Subd. 4(2)(3)(4). (Exh. 666A; TERR1, 666A, 666B)

## XIII. FACTUAL BACKGROUND:

122.   On **November 24, 1936,** Plaintiff asserts and allege Defendant "the Quaker Oats Company, the Corporation New Jersey 141 West Jackson Boulevard Chicago Illinois" filed a "False Oath of Ownership" within the USPTO for the Aunt Jemima trademark Serial Reg. No. 71385940 "without a written consent" from Anna Short Harrington to exploit her image / likeness. The Registration date is April 6, 1937 and the renewal is 19770406. Plaintiff avers within the application, Defendant The Quaker Oats Company "lied" and claimed my Grandmother to be a "fictional character", thus invoking violations of 15 U.S.C. § 1052(a): (*See*: Dockets 100, 101, 102, 112 Exhibits 800, 1000, 1001, 1018, 3300A, 31, 23, 24, 1003, 1002, 111, 310, 311, CERQUAKER)



AUNTJEMIMA

### Reg. No. 71385940
### Great Grandma Anna Short Harrington

123.   Defendant Quaker Oats engaged in immoral, deceptive, or scandalous matter; or matter which may disparage or falsely suggest a connection with persons, living or dead, to be used as a "national symbols," to classify a formerly living Human

Being as "fictional character;" in order, to discriminate against an ethnic group or bring

them into contempt, or disrepute when used in connection to products and goods" placed

in interstate or international commerce, thus invoking violations of 15 U.S.C. § 1052(a) :

(Exh. 3300A, 31, 1007, 1008, 1009, 1001, 1010, 1011)



> **"3. Anna Harrington, 11. BIRTHPLACE (State)**
> **Bennettsville, S.C., 13a. USUAL OCCUPATION – Cook,**
> **Demonstrator, 13b. KIND OF BUSINESS OR INDUSTRY**
> **QUAKER OATS COMPANY" (Dockets 100, 101, 102, Exh.**
> **800, Sealed Certified Death Certificate of Grandma Anna**
> **Short Harrington;**

> "The last "Aunt Jemima"[33] for Quaker Oats Cereals was
> **Annie Short Harrington from Marlboro County.** She was
> discovered by the Quaker Oats Company in 1935 at a
> fairground in Syracuse, N.Y. **"WHILE COOKING".**[34](Exhs.
> 23, 24, Marlboro County "Government Issued" (Emphasis
> Added) Resource Historical Guide); **(Docket 100, 101, 102;**
> **Docket 112, Exhs. 1, 800, 1000, 1001, 1018)**

> "The last "Aunt Jemima"[35] for Quaker Oats Cereals was
> **Annie Short Harrington from Marlboro County.** She was
> discovered by the Quaker Oats Company in 1935 at a
> fairground in Syracuse, N.Y. **"WHILE COOKING".**
> **(EMPHASIS ADDED")**;[36](Exhs. 23, 24, Marlboro County

---

[33]                    http://visitbennettsville.com/wordpress/wp-
content/uploads/2011/05/goodtobehome-brochure.pdf;
[34] http://visitbennettsville.com/wordpress/wp-
content/uploads/2011/08/bennettsville-resourceguide.pdf
[35]Exh.1002; http://www.marlborocountysc.org/quality-of-
life/historic-past.aspx
[36]Exhs. 1, 800, lines 13(a) "Occupation"; 13b, "Industry" Quaker
Oats Company Anna Short Harrington Death Certificate); Exh. 50,
Certified Trademark Grandma Harrington;

"Government Issued" Resource Historical Guide); (Docket 100, 101, 102, 112, Exhs. , 800, 1000, 1001, 1018

124.   On **June 28, 1991,** Defendants PepsiCo and Quaker Oats Company with the criminal assistance of Janet Lynn Silverberg "rushed" to file "False Oaths of Ownership" for the "Aunt Jemima Trademarks" exploiting Olivia Hunter's exact likeness / image "without written consent" ("emphasis added") inside the USPTO, Serial No. 74180630, Registration Number 1697862. Plaintiff Dannez Hunter asserts and alleges that PepsiCo Inc. knew that Grandma Olivia Hunter was terminally ill and dying of "Cancer". The Registration date is **June 30, 1992,** and the Conspirators cited themselves as the (REGISTRANT), Quaker Oats Company, the Corporation New Jersey 555 W. Monroe Street Chicago Illinois 60661, with prior registration 1534523;1549337; AND OTHERS. The Affidavit Text violates "SECT 15. SECT 8 (6-YR). SECTION 8(10-YR), thus invoking violations of 18 U.S.C. 983(3)(B), 15 U.S.C. 1119, 1120, 1052(a).

 

Olivia Hunter
Reg. No. 1697862
Serial No. 74180630

125.   On **November 30, 1992,** Grandma Olivia Hunter died in Syracuse New York at 346 Furman Street, Syracuse New York at the age of 69.

126.   On **August 9, 1966,** Plaintiff asserts and alleges The Quaker Oats Company of Canada Limited, registered a "false oath of ownership" for Application number 0298888, registration number TMA150414. Said company is located at Quaker Park, Peterborough, Ontario, K9J7B2, and Ontario. Legal Counsel was Smark & Biggar, located at Suite 900, 55 Metcalfe Street, P.O. Box 2999 Station D, Ottawa, Ontario K1P

5Y6 that recorded the false oaths of ownership for a registration without a "written consent".[37] (Exh. CIPO143077; CIPO384601, USPTO100)

127.   Plaintiff asserts and alleges The Quaker Oats Company of Canada Limited, schemed to file a false oath of ownership without obtaining a written consent from Anna Short Harrington. The conspirator failed to pay a fair share of royalties to the direct heirs. Defendants the conspirator exploited Anna Harrington's distinct facial features within Canada Intellectual Property Office Registration.[38] The associated marks are TMA143, 077TMA164, 781 TMDA14706 TMDA25681 TMDA30568. Plaintiff assert The Quaker Oats Company and The Quaker Oats Company of Canada Limited schemed to maintain the maintenance of involuntary servitude.[39]

128.   Plaintiff asserts The Quaker Oats Company of Canada Limited, conspired to transact the "Aggravated Terrorist Identity Theft" through federal mail in violation of 18 U.S.C. § 1341, including 15 U.S.C. 1052.



Anna Short Harrington
Application Number 0298888,
Registration Number TMA150414

129.   On or about **December 13, 2011,** Defendants Indra Nooyi, and Luis Prado in an on-going Racketeering scheme for the maintenance involuntary servitude, and Aggravated Terrorist Identity Theft the conspirators filed a false oaths of ownership inside Turkish Patent and Trademark Institute.[40] The registration states that Quaker Oats is located at 555 West Monroe Chicago Illinois 60661.[41]

---

[37] Minnesota Statute 609.527, Subd. 5a
[38] 18 U.S.C. § 1028(6)(a)
[39] 18 U.S.C. § 1584(a)
[40] 18 U.S.C. § 1519
[41] 18 U.S.C. § 1512(c)(2)

130. The conspirators did not have written authorization to exploit Grandma Olivia's Olivia distinct facial features inside Turkish Patent and Trademark Institute, Application Number 2013/102126, Grant Number 2013 102126.[42]



Olivia Hunter Turkey Patent Office
a/k/a/ Aunt Jemima 1991 - present
Application Number: 4020140001223
Registration Numbers: 4011038830000

131. On **February 13, 2012, in the Chinese Trademark Office,** Plaintiff asserts and allege John D. Rockefeller IV, Sharon P. Rockefeller, Indra Nooyi, John Does on the Board of Directors, The Quaker Oats Company were provided criminal espionage material support by Marc Kesselman from the USDA/DOJ, Allen Hoffman, Dan Bryant, Eric Holder, USDOJ, and Dean Panos to "rush" to file "False Oaths of Ownership" for the exploitation of Olivia Hunter's distinctive image / likeness without a written consent, thus constituting "*Admissions by Conduct*".

132. Plaintiff avers PepsiCo Conspirators registered the "False Oaths of Ownership" for the Aunt Jemima trademark, Filing number 010902856, Application reference SPH/TN804652EMA, classifying members of my family as "Fictional Characters / Non-Human or 3/5th of a Human Being" while exploiting the mark to discriminate against a Nationality on products and goods, thus invoking violations of TLPRC, Art. 10(6), including 15 U.S.C. 1052(a): (Exh. 666X)

---

[42] TOC Art. 5(1)(a)(i)(ii)(a)(b)(B)(2)

 

Olivia Hunter Trademark

a/k/a Aunt Jemima

Filing number 010902856,

Application reference SPH/TN804652EMA,

133.   On **April 30, 2012**, in the **Canadian Intellectual Property Office**, Plaintiff asserts and alleges, John D. Rockefeller IV, Sharon P. Rockefeller, Indra Nooyi, John Does on the Board of Directors, The Quaker Oats Company were provided criminal espionage material support by the United States of America, Marc Kesselman from the USDA/DOJ, Allen Hoffman, Larry Thompson, Dan Bryant, USDOJ, and Dean Panos to "rush" to file "False Oaths of Ownership" in a "Transnational Organized Crime for Racketeering Scheme" amounting for the exploitation of Olivia Hunter's distinctive image / likeness without a written consent from my Grandmother, thus constituting "*Admissions by Conduct*".

134.   Plaintiff avers the Conspirators registered the "False Oaths of Ownership" for the Aunt Jemima trademark Application No. 0645332, Registration No. TMA 384601, thus violating 18 U.S.C.§ 1001(a)(1): (Exh. 666X; Exh. LOBI1, 666P)

 

Olivia Hunter Trademark

a/k/a Aunt Jemima

Application Number: 0645332
Registration Number: TMA 384601

135.   On **April 30, 2012**, in the **Canadian Intellectual Property Office**, Plaintiff asserts and alleges PepsiCo, Indra Nooyi, Sharon P. Rockefeller, John D. Rockefeller IV and Quaker Oats was provided criminal material support by Marc Kesselman, U.S. DOJ/USDOJ, Dan Bryant, U.S. DOJ, Larry Thomason U.S. DOJ, and Dean Panos to "rush" to file Application No. 0283149, and Registration No. TMA143077 and associated marks TMA234, TMDA16393, TMDA25681, and TMDA30568, thus constituting *"Admissions by Conduct"* prohibited under CAC, Art. 6(1)(a)(ii). The registrant cited itself as Quaker Oats located at 5550 Explorer Dr. 8th Floor, Mississauga, L4W 0C3, Ontario and did not have a written consent in violation of the *Trade-marks Act*, including 15 U.S.C. 1052(a)\:(Exh. CIPO143077, 3300A, 31, 23, 24, 1003)



Anna Short Harrington Trademark
a/k/a Aunt Jemima
Application Number: 0283149
Registration Number: TMA143077

136.   Around or about **May 19, 2012**, Plaintiff Hunter asserts the Trilateral Commission Executive Committee Indra Nooyi for PepsiCo met with and "solicited"

United States President Barack Obama for the pursuit of Ambassadorship in a scheme to obtain **"immunity"** contrary to 18 U.S.C. § 2331(5)(A)(B)(i)(ii)(iii)(c), while facilitating "Transnational Aggravated Terrorist Identity Theft" of Grandma Olivia Hunter's likeness / image without written consent, thus invoking violations of 18 U.S.C. § 1505, including 18 U.S.C. §§ 1028(A)(a)(1)(2), 1510, 1511. (Exh. 1002, 1003, 111, 310, 311)

137. On **May 22, 2012,** inside the **European Trademark Office,** Plaintiff asserts and alleges Principal Conspirator Indra Nooyi, being counseled internally by Marc Kesselman U.S. DOJ/USDOJ, Dan Bryant, U.S. DOJ, Larry Thompson U.S. DOJ, "rushed" to file on behalf of The Quaker Oats Company, located at 555 West Monroe Street Chicago, Illinois, United States of America 60661 "False Oaths of Ownership" for the Aunt Jemima trademark exploiting Olivia Hunter's image/likeness on Class 29, and Class 30 Goods, Filing No. 010902856, Application Reference SPH/TN804652EMA "without a written consent" and labeling my Grandmother a "Fictional Character" thus constituting *"Admissions by Conduct"* prohibited under Directive 2008/95/EC of The European Parliament And of The Council Directive 89/104/EEC, codified at Directive 2008/95/EC) (Directive) and the Community Trade Mark Regulation (Council Regulation (EC) No. 40/94. (APP. A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P)

138. The Registration date is **October 18, 2012** and consists of or comprises immoral, deceptive, or scandalous matter; or matter which may disparage or falsely suggest a connection with persons, living or dead, institutions, beliefs, or national symbols, or bring them into contempt, or disrepute in violation of 15 U.S.C. 1051(a) and/or in the alternative codified at E.U. Council Regulation (EC) No. 207/2009) (Regulation) and, in particular, the liability of Internet intermediaries, including Directive 2008/95/EC Article 3(1)(f)(d).



Olivia Hunter Trademark

Filing No. 010902856
Application Reference SPH/TN804652EMA

139. On **December 28, 2012** in **Japan Patent and Trademark Office,** Plaintiff asserts and alleges Marc Kesselman, U.S. DOJ/USDOJ, Dan Bryant, U.S. DOJ, Larry Thomason U.S. DOJ, and Dean Panos "rushed" to file and provided criminal material support to The Quaker Oats Company, PepsiCo, Indra Nooyi, Sharon P. Rockefeller, Jose Prado for "False Oaths of Ownership" for Applications 5770601, 2015-014397 exploiting my Grandmother Olivia Hunter's distinctive likeness / image "without a written consent" and labeling her a "Fictional Character," thus constituting "Admissions by Conduct.[43] The registration number is 5770601, application number 2015-014397 violates Trademark Act (商標法 Shōhyō-hō) (Article 25 and 37(i)). The expiration date term is June 12, 2025. The fraudulent holder name is ザ・クエーカー・オーツ・カンパニー. The Class, goods and services are class: Similar group code 29 主に食肉・卵・チーズ・肉エキス・じゃがいも又は乳製品からなる朝食用の冷凍惣菜，卵を主材料とした冷凍調理済みの加工食品，冷凍ソーセージ，冷凍ベーコン，冷凍調理済みのオムレツ，冷凍調理済みのスクランブルエッグ，肉製品，加工卵 in violation of Japan: Trademark Act (Act No.127 of April 13, 1959, as amended up to Act No. 55 of 2006), Chpt. IV Section 2, Section 1 Trademark Right, Articles 18(1), and 25. (Exh. JPIO5770601)



Olivia Hunter Trademark Japan
a/k/a Aunt Jemima 1991- present
Registration Number: 5770601; Exh. JIPO577060
Application Number: 2015-014397

---

[43]720 ILCS 5/29D-35(b)

140.   On **December 13, 2013,** in Turkish Patent and Trademark Institute, Plaintiff avers Conspirators Marc Kesselman Deputy General Counsel U.S. DOJ/USDOJ, Dan Bryant, U.S. DOJ, Larry Thomason U.S. DOJ, and Dean Panos at the behest of PepsiCo and Quaker Oats "rushed" to file and provided criminal material support to The Quaker Oats Company, PepsiCo, Indra Nooyi, Sharon P. Rockefeller, Jose Prado for "False Oaths of Ownership" for the exploitation of Olivia Hunter's image without a written consent Application Number 2013/102126, Grant Number 2013 102126, thus constituting *Admissions by Conduct* prohibited under 15 U.S.C. § 1052(a), of the Trademark Decree Law.[44] (Exh. CORR205A1, CRSKESSELMAN)

141.   The Conspirators classified my Grandmothers as a "Fictional Character" consisting of or comprising immoral, deceptive, or scandalous matter to infer inferiority of an Ethnic National; or matter which may disparages or falsely suggest a connection with persons, living or dead, institutions, beliefs, or national symbols, or to bring them into contempt, or disrepute in violence of The New Turkish Trademark Law.[45]



142.   On **January 1, 2014,** in Kipris for Korea, Plaintiff asserts and alleges, John D. Rockefeller IV, Sharon P. Rockefeller, Indra Nooyi, John Does on the Board of Directors, The Quaker Oats Company were provided criminal espionage material support by the United States of America, Marc Kesselman from the USDA/DOJ, Allen

[44] KHK/556 art. 15 et seq., T.C. Resmi Gazete No, arts. 61-79, T.C. Resmi Gazete No. 22326, at 106-11
[45] Act No. 4128 dated November 3, 1995 (Turk.)

Hoffman, Dan Bryant, USDOJ, and Dean Panos to "rush" to file "False Oaths of Ownership" in a "Transnational Organized Crime Racketeering Scheme" of "Aggravated Terrorist Identity Theft" for the exploitation of Olivia Hunter's distinctive image / likeness without a written consent. The Application is No. 4020140001223, Registration No. 4011038830000, "without a written consent" from Olivia Hunter, thus constituting *"Admissions by Conduct"*. The Quaker Oats Company, Number is 520010500371 cited as Class 29, and Class 30 Goods, thus invoking *Mens rea*,[46] thus invoking violations of Republic of Korea Trademark Act (Act No. 71 of November 28, 1949, as amended up to Act No. 9678 on May 21, 2009), Chpt. VI, Article 65, 66, 67.[47]



Application No. 4020140001223
Registration No. 4011038830000
Olivia Hunter Kipris Trademark[48]
a/k/a Aunt Jemima

143. On **January 7, 2015,** Plaintiff avers The Quaker Oats Company, filed in Kipris, the Aunt Jemima trademark, Registration 4011038820000, Application No. 4020150001066 during the pendency of the case without Grandma Olivia Hunter's likeness, through the Agent Yang, Yune Wee Hye Suk, thus constituting *"Admissions By*

---

[46] TOC Art. 8 *et seq.*
[47] http://engportal.kipris.or.kr/engportal/search/total_search.do
[48]

http://engdtj.kipris.or.kr/engdtj/wpages/result/SRIM1000.jsp?method=bigImageTM&applno=4020140001223&no=4020140001223.jpg

*Conduct"*.[49] The Conspirators excluded the image because they were using Grandma Olivia Hunter's likeness without a written consent and her knowledge.

# AUNT JEMIMA

144.   On **February 18, 2015 in** the Japan Patent and Trademark Office, Plaintiff asserts on the same day that Partisan Activist Edmond Chang dismissed the case, and concealed that he was secretly appointed by Barack Obama, concealed  the "criminal conflicts of interest" pertaining to "MOUs" between the William J. Clinton Jr. Foundation, "SPAs" between PepsiCo, and William Clinton Jr. Foundations, William Clinton Jr. and George Bush Haiti Fund, Hunter alleges, John D.J. Rockefeller IV, Sharon P. Rockefeller, Indra Nooyi, and the John Does on the Board of Directors, The Quaker Oats Company were provided **"criminal espionage material support"** by the U.S. Department of State, USDOJ, Marc Kesselman from the USDA/DOJ, Allen Hoffman, Dan Bryant, USDOJ, and Dean Panos to "rush" to file multiple "False Oaths of Ownership" in  through a "TOC Network" to carry out a "Racketeering Scheme" of "Aggravated Terrorist Identity Theft"  for the exploitation of Olivia Hunter's distinctive image / likeness "without a written consent," thus constituting *"Admissions by Conduct"* prohibited under 18 U.S.C. 1028(A)(a) (1)(2).

145.   Quaker Oats filed a registration number is 5770601, application number 2015-014397. The expiration date term is June 12, 2025. The fraudulent holder name is ザ・クエーカー・オーツ・カンパニー. The Class, goods and services are class: Similar group code 29 主に食肉・卵・チーズ・肉エキス・じゃがいも又は乳製品からなる朝食用の冷凍惣菜，卵を主材料とした冷凍調理済みの加工食品，冷凍ソーセージ，冷凍ベーコン，冷凍調理済みのオムレツ，冷凍調理済みのスクランブルエッグ，肉製品，加工卵. Grandma Olivia did not give Quaker Oats or PepsiCo Permission to classify her as a fictional character, contrary to Japan: Trademark

---

49

http://engdtj.kipris.or.kr/engdtj/wpages/result/SRIM1000.jsp?method=bigImageTM&applno=4020140001222&no=4020140001222.jpg

Act (Act No.127 of April 13, 1959, as amended up to Act No. 55 of 2006), Chpt. IV Section 2, Section 1 Trademark Right, Articles 18(1), and 25. (Exh. JIPO577)



Olivia Hunter Trademark Japan
a/k/a Aunt Jemima
Registration Number: 5770601; Exh. JIPO577
Application Number: 2015-014397

## XIV. CONSPIRACY TO USE THE CONDUIT OF COVINGTON & BURLING LLP AS A "CONSTRUCTIVE TRUST" TO SUBSUME THE USDOJ:

146.  Around or about **March 17, 1965,** Plaintiff asserts Principal Conspirator James P. Shanahan appeared at the behest of Defendant PepsiCo/USDOJ and served a **"Motion To Compel A Full Accounting of Aunt Jemima Royalties"** with a **$96,000,000.00 bond placed on Aunt Deloris to benefit PepsiCo Inc. and Quaker Oats "Success".** Plaintiff asserts the defendants engaged in a "pattern and practice" "Endangering The Welfare of Uncle Levi Harrington who was **"Physically Disabled Person"** with **"One Arm"** ("emphasis added") invoking violations of N.Y.P.L. § 260.32(1). According to Covington & Burling / US Assistant Attorney Shanahan's Obituary, after graduating from the Law School, Shanahan immediately went to Washington, D.C. According to the obituary of Shanahan, he became a "Partner" inside **"Covington & Burling"** working with "Variable Annuity Life Insurance Company's corporate legal department drafting Federal and State legislation and regulations dealing with the company's principals and the Board of Directors," (*i.e.* PepsiCo and Quaker Oats), thus invoking herein 18 U.S.C. §§ 371, and 872 for imputing guilt for collusion

and "Extortion" by "Officers or Employees of the United States of America". (Exh. 666A, 666B, OBTI1)

147.   At the behest of PepsiCo, James P. Shanahan, Legal Principal under the "color of official right" for the USDOJ engaged in a form of "**Soft Intimidation**" to violate my family's "**U.S. Constitutional First Amendment**" – "**Rights to Association and the Redress grievances to the Court**" by serving a "Sham" "Amendment to Supplemental No. 1 Proof of Claim dated September 4, 1962 for $128.25" PepsiCo and Quaker Oats concealing and stealing royalties. During said hearing PepsiCo, exploited the instrumentalities of the USDOJ to intimate Uncle Levi from inquiring and/or investigating "non-payment" of stolen Aunt Jemima royalties by Conspirators The Quaker Oats Company and PepsiCo Inc., thus "Endangering the Welfare of a Physically Disabled Person, constituting a Class E Felony contrary to N.Y.P.L. 260.25". (App. TERR1)

> "2. That petitioner 1 is a creditor by virtue of Federal tax liens. The United States filed its claim on September 4, 1962 for $299.92 and Amendment to Supplemental No. 1 to Proof of Claim dated September 4, 1962 for $128.25."

> "7. That said Levi Harrington has not rendered any account of his proceedings as such Administrator."

> "That there are no other persons than Levi Harrington, brother, Laura Mae Patterson, sister, and Olivia Hunter, sister..." (Exh. TERR1)

## XV.    PEPSICO'S "PATTERN AND PRACTICE" OF GRAND LARCENY.

148.   On **March 18, 2013,** Joan Ritchie Silleck, Robert Ritchie et al. v. PepsiCo, Inc., Case number 1:12-cv-03556, Docket 13, (U.S. District Court of New York 2013), before Judge Jesse Furman prevailed in a lawsuit against PepsiCo for the "recidivist mafia pattern and practice" of obstruction of justice and interference with "Direct Heirs' Estates Rights, Documents, Papers and Effects" to take by force the Pepsi formula, thus invoking 18 U.S.C. § 1961(5) for two or more predicate acts within a 10 year window: