```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                   Civil No. 17-1630(DSD/LIB)
```

Dannez Hunter, Individual
Direct Heir, from the Estate
of Anna Short Harrington, and
Olivia Hunter a/k/a ("Aunt Jemima"),

       Plaintiff,

v.                                        **ORDER**

John D.J. Rockefeller, IV, sued
in his individual and official
capacity, et al.,

       Defendants.

This matter is before the court upon the objections by pro se plaintiff Dannez W. Hunter to the June 8, 2017, report and recommendation of Magistrate Judge Leo I. Brisbois (R&R). The magistrate judge recommends that the court dismiss the case as frivolous. The magistrate judge further recommends that Hunter's related motions be denied. Hunter timely objected to the R&R.

The court reviews the R&R de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the R&R is well-reasoned and correct and that Hunter's objection should be overruled. Indeed, Hunter's arguments as set forth in the objection are patently baseless and, at times, incoherent.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The objection to the R&R [ECF No. 8] is overruled;

2. The R&R [ECF No. 7] is adopted in its entirety;

3. The action is dismissed without prejudice; and

4. The remaining pending motions [ECF Nos. 2, 4, and 5] are denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 21, 2017

s/David S. Doty
David S. Doty, Judge
United States District Court
