```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
              Civil No. 17-1630(DSD/LIB)
```

Dannez Hunter, Individual
Direct Heir, from the Estate
of Anna Short Harrington, and
Olivia Hunter a/k/a ("Aunt Jemima"),

      Plaintiff,

v.                                                **ORDER**

John D.J. Rockefeller, IV, sued
in his individual and official
capacity, et al.,

      Defendants.

This matter is before the court upon two new motions by pro se plaintiff Dannez W. Hunter following the entry of judgment and the denial of his appeal by the Eighth Circuit Court of Appeals. The court has denied Hunter's previous post-judgment challenges both during and after his appeal. ECF Nos. 22, 45, 57, 76. The court also restricted his ability to file additional motions before this court while his appeal was pending. ECF No. 57. Now that the appeal has concluded, Hunter has resumed filing motions before this court relating to the same matter. ECF Nos. 68, 70, 73, 77, 78. Although the two newest motions are difficult to discern, they appear to again challenge the underlying dismissal order, which has been affirmed by the Eighth Circuit. This matter is closed, however, and the new motions are improper. The court will therefore strike the pending motions and restrict Hunter's ability to file additional motions in this case.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Dannez W. Hunter's motions [ECF Nos. 77 and 78] are stricken and shall be removed from the docket in this matter;

2. Hunter is prohibited from filing additional papers in this case absent express permission from the court; and

3. The clerk of court is directed to refuse any documents submitted by Hunter unless he has applied for and has received permission from the court.

Dated: September 26, 2018

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court